# UNITED STATES DISTRICT COURT

### for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

**U.S.A. vs. Taquana Nashay Inzar**                    **Docket No.  7:08-CR-52-2**

## Petition for Action on Probation

COMES NOW Djoni B. Barrett, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Taquana Nashay Inzar, who, upon an earlier plea of guilty to Conspiracy to Use Unauthorized Access Devices and Aiding and Abetting, in violation of 18 U.S.C. §§371 and 1029(a)(2), was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on March 9, 2009, to a 60 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1.  The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2.  The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3.  The defendant shall cooperate in the collection of DNA as directed by the probation officer.

4.  The defendant shall pay a special assessment of $100 and restitution of $13,130.23.


**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 9, 2010, the defendant was charged in Wilmington, North Carolina, with Driving While Impaired and Speeding 49 in a 35 mph zone.  The defendant stated she had a toothache and drank three glasses of wine trying to ease the pain.  The defendant admitted to consuming alcohol, but reports she did not feel she was intoxicated.  The defendant registered a .11 BAC reading at the time of her arrest.

The defendant is separated and has maintained employment.  She has successfully completed one year of surprise urine screens through participation in the Surprise Urinalysis Program (SUP) and all random urine screens have proven negative for illegal substances.

The state charges remain pending in New Hanover County District Court. Inasmuch as the defendant admitted to consuming alcohol and driving her vehicle, the probation officer is recommending imposition of one weekend in the custody of the Bureau of Prisons as a sanction for the violation conduct. The defendant is aware that further violations may result in more punitive sanctions from the court.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The defendant shall be confined in the custody of the Bureau of Prisons for a period of one weekend and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                              I declare under penalty of perjury that the
                                                   foregoing is true and correct.


_/s/ Kevin L. Connolley_                           _/s/ Djoni B. Barrett_
Kevin L. Connolley                                 Djoni B. Barrett
Supervising U.S. Probation Officer                 U.S. Probation Officer
                                                   472-C Western Blvd.
                                                   Jacksonville, NC 28546-6862
                                                   Phone: (910) 347-9038
                                                   Executed On: September 3, 2010


### ORDER OF COURT

Considered and ordered this ___3___ day of ___September___, 2010, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge